VINCENT B. SABBIA, *ET AL.*, PLAINTIFFS-PETITIONERS, v. DIVISION OF ALCOHOLIC BEVERAGE CONTROL, *ETC.*, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Charles M. Schimenti* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Michael C. Rudolph,* Deputy Attorney General, for the respondents.

November 15, 1966. Denied.

IRMA GROSSMAN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BERNARD PEARLMAN, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mrs. Irma Grossman* and *Mr. David Grossman, in propria persona.*

*Messrs. Habick, Winkelried & Hillis* for the respondents.

November 29, 1966. Denied.